**Order entered September 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00118-CR

**ANTONIO LAMAR COCHRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F15-76529-H**

## ORDER

Before the Court is court reporter Crystal R. Jones's September 17, 2018 third request for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to file the reporter's record until **October 3, 2018**.

If Ms. Jones fails to file the record by October 3, 2018, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; to Crystal R. Jones, official court reporter, Criminal District Court No. 1; and to counsel for the parties.

/s/    LANA MYERS
       JUSTICE